```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                    :      CHAPTER 13

     Sheila Newsome            :      No.  18-12205-elf
          Debtor
```

ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby

**ORDERED** that Debtors are granted an extension of time of until **April 30, 2018,** by which date all required documents must be filed.

Date: 4/17/18

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**