# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12205-ELF

SHEILA A NEWSOME

715 EAST CORNWALL STREET

PHILADELPHIA, PA 19134

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SHEILA A NEWSOME

    715 EAST CORNWALL STREET

    PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                              /S/ William C. Miller

Date: 6/13/2018                                           _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee