United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-12205-elf
Sheila A Newsome                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi              Page 1 of 2           Date Rcvd: Jul 11, 2018
                       Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
```
db            +Sheila A Newsome,    715 East Cornwall Street,    Philadelphia, PA 19134-1802
14083947       DirecTV,    Payment Processing Center,    PO Box 2545,    Waterloo, IA 50704-2545
14116681      +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
14083948      +FBCS Inc.,    330 S. Warminster Rd. Suite 353,    Hatboro, PA 19040-3433
14083950      +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
14083952      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14095778      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14092231      +MidFirst Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14083954      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                Oklahoma City, OK 73126-0648
14083956      +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                Philadelphia, PA 19122-2806
14083960       Southwest Credit Systems, LP,    PO Box 650543,    Dallas, TX 75265-0543
14083961       The CBE Group, Inc.,    PO Box 2635,    Waterloo, IA 50704-2635
14086434      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
14083957       philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:47     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2018 02:40:25
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2018 02:40:37     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14083944      +E-mail/Text: bankruptcy@sccompanies.com Jul 12 2018 02:40:02     Amerimark Premier,
                Po Box 2845,    Monroe, WI 53566-8045
14083946       E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:47     City of Philadelphia - Law Dept.,
                One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
14083945      +E-mail/Text: bkr@cardworks.com Jul 12 2018 02:40:02     Cardworks/CW Nexus,    Attn: Bankruptcy,
                Po Box 9201,    Old Bethpage, NY 11804-9001
14085463      +E-mail/Text: bankruptcy@cavps.com Jul 12 2018 02:40:34     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14083951      +E-mail/Text: bankruptcy@sccompanies.com Jul 12 2018 02:41:03     Ginnys/Swiss Colony Inc,
                Attn: Credit Department,    Po Box 2825,    Monroe, WI 53566-8025
14120959       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2018 02:42:39
                LVNV Funding, LLC its successors and assigns as,    assignee of OSI Portfolio Services, Inc.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14083953      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2018 02:40:28     Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14083955      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 12 2018 02:40:11     Peco Energy,
                2301 Market Street,    Philadelphia, PA 19103-1380
14083958      +E-mail/Text: bankruptcy@sccompanies.com Jul 12 2018 02:41:03     Seventh Ave,    1112 7th Ave,
                Monroe, WI 53566-1364
14083959      +E-mail/Text: bankruptcy@sw-credit.com Jul 12 2018 02:40:29     Southwest Credit Systems,
                4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14083962      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 12 2018 02:40:04
                Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
14083963       E-mail/Text: megan.harper@phila.gov Jul 12 2018 02:40:47     Water Revenue Bureau,
                1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 15
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14085464*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14083949*     +FBCS Inc.,    330 S. Warminster Rd. Suite 353,    Hatboro, PA 19040-3433
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Jul 11, 2018
                              Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Sheila A Newsome dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Sheila A. Newsome          :   Chapter 13
                                    :
         Debtor(s)                  :   Bky. No. 18-12205   ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:** 7-10-2018

                                                          **ERIC L. FRANK**
                                                          **CHIEF U.S. BANKRUPTCY JUDGE**