**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SHEILA A NEWSOME                                              Chapter 13

                        Debtor           Bankruptcy No. 18-12205-ELF

**AMENDED Order Dismissing Chapter 13**
**Case and <u>Directing Counsel to File Master</u>**
**<u>Mailing List</u>**

**AND NOW**, this __20th_____ day of _____July_____, 2018_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

This order supersedes the order dated 7/10/18 at docket entry #23.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
SHEILA A NEWSOME

715 EAST CORNWALL STREET

PHILADELPHIA, PA 19134