United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sheila A Newsome  
    Debtor

Case No. 18-12205-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 2    Date Rcvd: Jul 23, 2018  
                       Form ID: pdf900    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.
```
db             +Sheila A Newsome,    715 East Cornwall Street,    Philadelphia, PA 19134-1802
14083947        DirecTV,    Payment Processing Center,    PO Box 2545,    Waterloo, IA 50704-2545
14116681       +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14083948       +FBCS Inc.,    330 S. Warminster Rd. Suite 353,    Hatboro, PA 19040-3433
14083950       +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
14083952       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14095778       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14092231       +MidFirst Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14083954       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
14083956       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14083960        Southwest Credit Systems, LP,    PO Box 650543,    Dallas, TX 75265-0543
14083961        The CBE Group, Inc.,    PO Box 2635,    Waterloo, IA 50704-2635
14086434       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
14083957        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 24 2018 02:21:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2018 02:20:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2018 02:21:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14083944       +E-mail/Text: bankruptcy@sccompanies.com Jul 24 2018 02:20:24     Amerimark Premier,
                 Po Box 2845,    Monroe, WI 53566-8045
14083946        E-mail/Text: megan.harper@phila.gov Jul 24 2018 02:21:17     City of Philadelphia - Law Dept.,
                 One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
14083945       +E-mail/Text: bkr@cardworks.com Jul 24 2018 02:20:23     Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14085463       +E-mail/Text: bankruptcy@cavps.com Jul 24 2018 02:21:02     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14083951       +E-mail/Text: bankruptcy@sccompanies.com Jul 24 2018 02:21:44     Ginnys/Swiss Colony Inc,
                 Attn: Credit Department,    Po Box 2825,    Monroe, WI 53566-8025
14120959        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2018 02:26:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of OSI Portfolio Services, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14083953       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 24 2018 02:20:54     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14083955       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 24 2018 02:20:30     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14083958       +E-mail/Text: bankruptcy@sccompanies.com Jul 24 2018 02:21:44     Seventh Ave,    1112 7th Ave,
                 Monroe, WI 53566-1364
14083959       +E-mail/Text: bankruptcy@sw-credit.com Jul 24 2018 02:20:55     Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14083962       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 24 2018 02:20:24
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
14083963        E-mail/Text: megan.harper@phila.gov Jul 24 2018 02:21:16     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14085464*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14083949*      +FBCS Inc.,    330 S. Warminster Rd. Suite 353,    Hatboro, PA 19040-3433
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Randi                Page 2 of 2                   Date Rcvd: Jul 23, 2018
                              Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Sheila A Newsome dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SHEILA A NEWSOME                                    Chapter 13

                        Debtor            Bankruptcy No. 18-12205-ELF

**AMENDED Order Dismissing Chapter 13
Case and <u>Directing Counsel to File Master
Mailing List</u>**

**AND NOW**, this __20th_____ day of _____July_____, 2018_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

This order supersedes the order dated 7/10/18 at docket entry #23.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
SHEILA A NEWSOME

715 EAST CORNWALL STREET

PHILADELPHIA, PA 19134